UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

**VALERIA VENTURA,**   Case Number 22-15272-RAM
                      Chapter 7

      Debtor(s).
_____/

**VALERIA VENTURA,**

      Plaintiff,   Case Number 23-_____

vs.

**CARMELO ALMODOVAR,**

      Defendant.
_____/

### VERIFIED COMPLAINT FOR DETERMINATION OF VALIDITY, PRIORITY AND EXTENT OF INTEREST IN OR LIEN ON PROPERTY OF THE ESTATE AND DETERMINATION OF RESULTING TRUST

    Plaintiff and Debtor, Valeria Ventura, hereby files her *Complaint for Determination of Validity, Priority and Extent of Interest in or Lien on Property of the Estate and Determination of Resulting Trust*, and avers:

1. This is a Chapter 13 case filed by the Debtor on July 22, 2022.

2. This is an adversary proceeding to determine the validity, priority and extent of interest in property of the bankruptcy estate.

3. Venue is proper pursuant to 28 U.S.C. § 1409.

4. This court has jurisdiction over the subject matter of this proceeding pursuant to 28 U.S.C. § 1334(b).

5. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

6. This court has jurisdiction over any state court issues pursuant to the doctrine of pendent jurisdiction.

## PARTIES AND BACKGROUND

7. The Debtor owns a property located at 256 NW 82 Terrace, Miami, FL 33150 (the "Property").

8. The legal description of the Property is:

**Lot 3, Block 5, BELLCAMP MANOR, according to the Plat thereof, as recorded in Plat Book 11, Page 33, of the Public Records of Miami-Dade County, Florida.**

**Folio No. 30-3112-023-0660**

9. The Defendant, Carmelo Almodovar ("Defendant" or "Almodovar"), is a title holder on the Property but only pursuant to a resulting trust in favor of the Debtor.

10. The warranty deed where both parties came into title of the Property is recorded at ORB 30420, Page 4360, of the Public Records of Miami-Dade County.

11. Although Almovar's name appears on the title, he did not contribute to the purchase of the property, nor has he contributed to its maintenance.

## RESULTING TRUST

12. The allegations contained in Paragraphs 1 through 11 are incorporated herein by reference.

13. Almodovar appears as a co-owner on the title to the Property.

14. Almodovar did not contribute any funds to the purchase of the Property or its maintenance.

15. Almodovar does not reside in the Property.

16.     A resulting trust is presumed to exist in favor of the Debtor since she paid the purchase price for the property and Aldomovar simply owns his interest in trust for the benefit of the Debtor. *See e.g., Key v. Trattman,* 959 So.2d 339 (Fla. 1st DCA 2007) and cases cited.

17.     In this case, the Debtor acquired the Property by paying the purchase price for it allowing Almodovar to take title to half of it.

18.     Both parties agreed at the time the Property was owned by the Debtor and Almodovar holding his interest for the benefit of the Debtor, not himself.

19.     To the extent that Aldomovar paid any amount to the contribution of the property, he is entitled to a lien against the Property but not to a one-half interest. Any such lien will be satisfied by the Debtor via her Chapter 13 Plan.

20.     The Debtor seeks an order from this court determining the Property is wholly owned by the Debtor by specifically finding that Almodovar's interest is a resulting trust of the parties' agreement and the lack of contribution to the purchase price and contribution of the property.

21.     The Debtor seeks an order from this court determining the validity, extent and priority of any lien held by Almodovar in the Property.

**WHEREFORE**, the Plaintiff seeks the relief sought in this complaint and for any other relief deemed just and proper in the circumstances.

## VERIFICATION

Under penalties of perjury, I declare that I have read this complaint and that facts alleged herein are true and correct.

_____
**Valeria Ventura**

DATED: January 26, 2023

| | |
|---|---|
| **CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**<br><br>**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A). | /s/ Timothy S. Kingcade<br>**Timothy S. Kingcade, Esq.**<br>Florida Bar Number 082309<br>KINGCADE & GARCIA, P.A.<br>Counsel for the Debtor<br>Kingcade Building<br>1370 Coral Way<br>Miami, Florida 33145-2960<br>www.MIAMIBANKRUPTCY.com<br>Telephone: 305/285-9100<br>Facsimile: 305/285-9542 |