**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

**VALERIA VENTURA,**　　　　　　　　　　　Case Number 22-15272-RAM
　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor(s).
_____/

**VALERIA VENTURA,**

　　　　　　　　　　　　　　　　　　　　　　Case Number 23-01018-RAM
　　　Plaintiff,

vs.

**CARMELO ALMODOVAR,**

　　　Defendant.
_____/

**CERTIFICATE OF SERVICE**

　　　**I HEREBY CERTIFY** that a true and correct copy of the *Adversary Complaint [D.E. 1], Summons and Notice of Status Conference in an Adversary Proceeding [D.E. 2], and Order Setting Status Conference and Establishing Procedures and Deadlines [D.E. 3]* was served regular, first-class United States Mail, postage fully pre-paid, on January 27, 2023 to the parties listed below:

CARMELO ALDOMOVAR
1715 NW 33 AVE
MIAMI, FL 33125

Page 2.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

/s/ Timothy S Kingcade
**Timothy S. Kingcade, Esq.**
Florida Bar Number 082309
KINGCADE & GARCIA, P.A.
Counsel for the Debtor/Plaintiff
Kingcade Building
1370 Coral Way
Miami, Florida 33145-2960
**WWW.MIAMIBANKRUPTCY.COM**
Telephone: 305/285-9100
Facsimile:  305/285-9542